IN THE UNITED STATES DISTRICT COURT
FOR THE __NoRTHeN__ DISTRICT OF TEXAS
__LuBBock__ DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 30 2023
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

__GARY NolAN  05756975__
Plaintiff's name and ID Number

__T.L.L.C.   BiLL CIAyToN__
Place of Confinement

CASE NO: __5-23CV-203-H__
(Clerk will assign the number)

v.

__LiSA PeRAlTA  2600 S. SunSeT Ave.__
Defendant's name and address

__DiRecTor of T.L.L.C  4616 WeST HoWARd LANe__
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS – READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.
2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.
3. You must file a separate complaint for each claim you have unless the various claims are all related in the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.
4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.
2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.
3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 IPLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has be paid.
4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

I.  **PREVIOUS LAWSUITS:**

   A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  __X__ YES  _____ NO

   B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __July - 6 - 2023__

   2. Parties to previous lawsuit:
      Plaintiff(s): ~~Director~~ GARY NOLAN

      Defendant(s): DiRecToR of T.C.C.O

   3. Court (If federal, name the district; if state, name the county) NoRTHen DisTRicT of Texas, LuBBock

   4. Docket Number: 5:23-CV-116-C

   5. Name of the judge to whom case was assigned: SAM R CUMMiNGS

   6. Disposition: (Was the case dismissed, appealed, still pending?)

      Still pending

   7. Approximate date of disposition: _____

ATC 1983 (Rev. 04/06)

II. PLACE OF PRESENT CONFINEMENT: __BILL CLAYTON__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grieveance procedure in this institution?   __X__ YES ____ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name and address of plaintiff:

__GARY NOLAN 2600 S. SUNSET AVE, Littlefield, TX 79339__

B. Full name of each defendant, his official position, his place of employment and his full mailing address.

Defendant #1: __LISA PERALTA, CASE MANGER, 2600 S. SUNSET AVE, Littlefield, TX 79339__

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

__Due process Rights were violated on 10/2022 for no dispinary was giving__

Defendant #2: __T.C.C.C. director      4616 west Howard Lane Bld. 2   Austin, TX 78728__

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

__placed Restriction's upon Gary Nolan 3-24-23 with no displary__

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

ATC 1983 (Rev. 04/06)

V. **STATEMENT OF CLAIM:**

State here in a short plain statement of the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Lisa Peralta states I violated Civil Commentment Rule #21 I was never giving a disciplinary case or convicted in Behavior Management Review. My due process were violated due to being sanctioned by T.C.C.C. By the Aurothity of the director. By criminal law and federal laws of procedure A free citizen of the U.S.A shall not be coercioned of punished with out due process.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

To Have This punishment Lifted And The Time while placed on it Returned so I can Have All my property

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Gary Monroe Nolan

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

01720186 , 05756975

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____

2. Case Number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____

ATC 1983 (Rev. 04/06)

C. Have any court ever warned or notified you that sanctions could be imposed?  X YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed the warning (if federal, give the district and division): NORTHEN, TEXAS LUBBOCK
2. Case number: 5-23-CV-115-H
3. Approximate date warning were imposed: 8-2023

Executed on: 9-23-2023
(Date)

GARY NOLAN
(Printed Name)

_Gary Nolan_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury, all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they are frivolous, malicious or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without payment of costs, I am responsible for the enter $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this  23  day of  AUGUST , 20 23 .
         (Day)         (Month)           (Year)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC 1983 (Rev. 04/06)

Nolan Gary
5756975
2600 S. Sunset Ave
Littlefield, TX 79339

LEGAL MAIL

Lubbock Division
1205 Texas Ave.
Rm. 209
Lubbock, TX 79401

RECEIVED
AUG 30 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

