IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GARY MONROE NOLAN, | § | |
| Institutional ID No. 05756975 | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 5:23-CV-203-BV |
| v. | § | |
| | § | |
| LISA PERALTA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

It is ORDERED and ADJUDGED that Plaintiff's complaint and all claims alleged therein are dismissed with prejudice.

**SO ORDERED.**

Dated: November  18 , 2025.

_____
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**